(Reap. Dec. 9814)

CAPITAL AIRLINES, INC. }
HEIDL'S, INC.            } *v.* UNITED STATES

Entry No. 506756.

(Decided October 20, 1960)

*Adair, Ulmer, Murchison, Kent & Ashby* for the plaintiffs.
*George Cochran Doub*, Assistant Attorney General, for the defendant.

LAWRENCE, Judge: The proper dutiable value of an importation consisting of an airplane and parts constitutes the subject of this cause of action.

The case has been submitted for decision upon the following stipulation of fact:

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that at the time of exportation and importation of the airplane and parts involved herein, such or similar merchandise was not freely sold for export to the United States or in the United States in accordance with export value as defined in Section 402(b), or United States value as defined in section 402(c) of the Tariff Act of 1930, as amended by the Customs Simplification Act of 1956.

IT IS FURTHER STIPULATED AND AGREED that the constructed value as defined in Section 402(d) of said act, as so amended, is the proper basis for appraisement, and that such value is as follows:

Value of each airplane without engines—English currency £350,000

Included in such value are articles of American origin which are segregable and nondutiable which are marked in red ink on the entry papers, B, and articles which are non-segregable and dutiable and which are marked in red ink on the entry papers, A, and articles of foreign origin which are dutiable and which are marked in red ink on the entry papers, C.

Not included in such value are engines bearing numbers:

3109 value at £ 11445/0/0
6117 value at £ 11568/17/6
6248 value at £ 12147/6/4 and
6152 value at £ 11684/11/3,
Plus £ 1300 for each engine for cost of build-up charge.

Upon the record before the court, I find and hold that constructed value, as that value is defined in section 402(d) of the Tariff Act of 1930, as amended by the Customs Simplification Act of 1956 (19 U.S.C. § 1402(d)), is the proper basis of value for the airplane and parts in issue and the said value is as set forth in the above-quoted stipulation of the parties hereto.

As to any other merchandise, the appeals are dismissed.
Judgment will issue accordingly.